IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00095-RM-MJW

| | |
|---|---|
| STUART SCHAEFER | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | ) |
| | ) |
|     Defendant. | ) |

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

COME NOW the Plaintiff, Stuart Schaefer, and the Defendant, Allstate Fire and Casualty Insurance Company, above-named, by and through their respective counsel of record, and

WHEREAS, all things and matters in controversy herein between the Plaintiff, Stuart Schaefer, and the defendant, Allstate Fire and Casualty Insurance Company, have been compromised and settled, and full accord and satisfaction made therefore,

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff, Stuart Schaefer, and the defendant, Allstate Fire and Casualty Insurance Company, that the within action filed by Plaintiff against Defendant, may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 16th day of August 2018.

**ZANER HARDEN LAW, LLP**

*/s/ Elliot Singer*
Elliot Singer
ZANER HARDEN LAW, LLP
1610 Wynkoop Street, Suite 120
Denver, CO 80202
Telephone: 303.563.5354
es@zanerhardenlaw.com

**CAMPBELL, LATIOLAIS & AVERBACH, LLC**

*/s/ Devon D.A. Bell*
Rebecca K. Wagner
Devon D.A. Bell
Campbell, Latiolais & Averbach, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO 80111
Telephone: (303) 831-5990
Facsimile: (303) 832-7144
Email: rwagner@cla-law.net
dbell@cla-law.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed and served electronically via CM/ECF system this 16th day of August, 2018 as follows:

Elliot Singer
Zaner Harden Law, LLP
1610 Wynkoop Street, Suite 110
Denver, CO 80202
Telephone: (303) 563-5351
Facsimile: (303) 563-5351
*Counsel for Plaintiff*

        *s/Charla Crutchfield*